UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALONZO TREVON TALLEY,<br><br>    Petitioner,<br><br>    v.<br><br>RALPH M. DIAZ, Warden,<br><br>    Respondent. | Case No. CV 13-06572 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Habeas Petition as Time-barred.

DATED: January 13, 2014

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE